UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHAWN BROWN,

                    Plaintiff,

   -against-

OTIS BANTUM CORRECTIONAL FACILITY, ET AL.,

                  Defendants.

24 CIVIL 9628 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 17, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 18, 2025
          New York, New York

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                                Chief United States District Judge